In the Matter of NIALL F. O'DOHERTY, an Attorney.—

Concur — Breitel, J. P., Stevens, Eager and Steuer, JJ.; McNally, J., dissents as follows: I dissent for the reasons stated in the dissenting opinion (14 A D 2d 4, 11). (See, also, *Matter of Searing*, 13 A D 2d 406.)

ALI MONEN v. COSMOPOLITAN SHIPPING CO., INC., et al.—

Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

BEATRICE MERCADO v. JULIO MERCADO.—

Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

In the Matter of PHILIP STERN v. MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION.—

Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.